IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 66, AFL-CIO AND CONSTRUCTION INDUSTRY COMBINED FUNDS, INC., as agent for BOARD OF TRUSTEES OF OPERATING ENGINEERS LOCAL 66 ANNUITY AND SAVINGS FUND, OPERATING ENGINEERS CONSTRUCTION INDUSTRY AND MISCELLANEOUS PENSION FUND, OPERATING ENGINEERS LOCAL 66 BENEFIT FUND, OPERATING ENGINEERS LOCAL 66 WELFARE FUND; WESTERN PENNSYLVANIA OPERATING ENGINEERS JOINT APPRENTICESHIP AND TRAINING PROGRAM,<br><br>        Plaintiff,<br><br>   v.<br><br>A&L, INC.,<br><br>        Defendant. | Civil Action No. 07-0449 |

**ORDER OF COURT**

AND NOW, this 1st day of August, 2007 after consideration of Plaintiff's Motion to Discontinue, it is hereby ORDERED, ADJUDGED and DECREED that the above-referenced case is DISCONTINUED against Defendant, A&L, Inc.

_____
United States District Judge

LIT:423619-1